(INND Rev. 1/21)                                                                          page 1



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]*

---

*[You are the PLAINTIFF, print your full name on this line.]*

Anthony B Snelling

v.

Edgewater Mental health

*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

Case Number __2:23cv352__
*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | Mr. Spirrow caseworker<br>Dr. Williams director | Edgewater behavior health 1100 w 6th Ave GARY IN 46402 |
| 2 | Shannon Derico case manager | Edgewater behavior 1100 w 6th Ave GARY IN 46402 |
| 3 | Mrs. Crockett Human resources | Edge behavior heath 1100 w 6th Ave 46402 |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? __4__
2. What is your address? __2807 W. 7th Place Gary IN 46404__
3. What is your telephone number: (__219__) __292 - 8762__
4. Have you ever sued anyone for these exact same claims?
   - ☑ No.
   - ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I moved into the Edgewater Pheonix building the toilet didn't work for 42 days, I had bedbugs from the day I moved in Feb 3, 2022 til the day I left May 9, 2023 I was hospitalized for getting bit 3times by brown recluse spiders I almost died Mr. Spirrow, Shannon Derico, Mrs. Crockett, Chris Carroll and Mr. Dr. Williams moved me into the scattered sites program with Edgewater. they through small claims was ordered to pay me $3800.00 in June. May 9, 2023, Mr. Spirrow forced me to move into 2807 W 7th Place in Gary, All of My windows 7 had been shot out. with glass still to this day on the window pain. My door before I moved in had been Kicked in so many times the metal door frame was so damaged it would not lock at all. I contacted My caseworker Mr. Spirrow, Mrs. London, and Shannon Derico Edgewater case manager they physically came May 10, 2023 and seen the door didn't secure. Since I moved in My house has been broken in 5-6 times I contacted, Mr. Spirrow, Shannon Derico w/ edgewater. they never responded. 6-people have been shot at my 2807 w. 7th place 1-Killed, 4-injured - and 1-police officer shot in My door while it was opened. I reported to My Indiana Medicaid how the only

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

thing edgewater down to help was take me from a 30mg of cymbalta 1-time daily - to 2-60mg cymbalta and 2-100mg of seroquel twice daily. I have seen a Dr. with edgewater in over a year, but yet the Paulseafide document to over drug me as a solution for any and all the things I complained. Edge waters balance living program is a killer in it secf as a result of my 2022 complaint to the they have to pay Indiana $1.25 million

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

○ No.
☑ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

to find me safe living conditions in a safe area, stop harrassing me, continue to perform duties of the scattered sites program, pay for any and all damages as a result of the not helping me, stop edgewater from improperly using state funding for theyre on personal, and accomadate the people who the funding are for.

FILING FEE – Are you paying the filing fee?

○ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]

ABS   I will keep a copy of this complaint for my records.
ABS   I will promptly notify the court of any change of address.
ABS   I declare under penalty of perjury that the statements in this complaint are true.

_Anthony B Snelling_                                    _October 6, 2023_
Signature                                                           Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]