AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANTHONY B SNELLING

    Plaintiff

    v.            Civil Action No. 2:23-cv-352

EDGEWATER MENTAL HEALTH

SPIRROW
*Mr., caseworker*
*also known as*
Meahas Spirrow

WILLIAMS
*Dr., Director*

SHANNON DERICO
*case manager*

CROCKETT
*Mrs., Human resources*
*TERMINATED: 11/20/2023*

    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____ , plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Court relinquishes supplemental jurisdiction over any state law claims that the Court may have had under 28 U.S.C. § 1367 based on the Court's original jurisdiction to hear federal constitutional claims.

This action was (*check one*):

☐ tried to a jury with Judge _____

presiding, and the jury has rendered a verdict.

☐ tried by Judge _____

without a jury and the above decision was reached.

**X** decided by  Judge Theresa L. Springmann

DATE:  12/21/2023               CHANDA J. BERTA, CLERK OF COURT

                                by      s/J. Barboza_____
                                        *Signature of Clerk or Deputy Clerk*